# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

—————————————————————
|   |   |
|---|---|
| BARTOLOME HERNANDEZ | ) |
| 1444 W Street, NW | ) |
| Washington, DC | ) |
|   | ) |
| Plaintiff, | ) |
| v. | ) |
|   | ) |
| DISTRICT OF COLUMBIA, | ) |
| A Municipal Corporation | ) |
| 1350 Pennsylvania Avenue, NW | ) |
| Washington, DC 20004 | ) |
|   | ) |
| And | ) |
|   | ) |
| DISTRICT OF COLUMBIA | ) |
| DEPARTMENT OF CORRECTIONS | ) |
| 1923 Vermont Avenue, NW | ) |
| Washington, DC 20004 | ) |
|   | ) |
| Defendants. | ) |

Civil Action No. _____

—————————————————————

## NOTICE OF REMOVAL

The District of Columbia is a defendant in the case *Bartolome Hernandez v. District of Columbia, et al.,* Civil Action No. 07-004008, now pending in the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. §§1441 and 1446, Defendant, District of Columbia, moves this case from the Superior Court of the District of Columbia to this Court because the claims raised in plaintiff's complaint raises federal questions appropriate for resolution by this Court. Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. *See* 28 U.S.C. § 1441(b). In Count I of the Complaint, plaintiff asserts federal constitutional claims under 42 U.S.C. § 1981, 1982, 1983, 1984, and 1985. *See* Complaint, hereto attached.

Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court. The District of Columbia received a copy of the Summons and Complaint on or about August 10, 2007.  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER 493414
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

## CERTIFICATE OF SERVICE

I, hereby certify that on this 24TH day of August 2007 I have sent a true copy of this Notice of Removal by U.S. Mail, postage prepaid to:

Donna Beasley
419 Seventh Street, NW, Suite 401
Washington D.C., 20004


/s/  Denise J. Baker
Denise J. Baker
Assistant Attorney General



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

BARTOLOME HERNANDEZ
Vs.                                        C.A. No.      2007 CA 004008 B
DISTRICT OF COLUMBIA

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge JUDITH BARTNOFF
Date:   June 13, 2007
Initial Conference: 9:30 am, Friday, September 14, 2007
Location:   Courtroom 415
            500 Indiana Avenue N.W.
            WASHINGTON, DC 20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

Caio.doc

**CA Form 1**

# Superior Court of the District of Columbia

**CIVIL DIVISION**
**500 Indiana Avenue, N.W.,  Room JM-170**
**Washington, D.C. 20001  Telephone: 879-1133**

Bartolome Hernandez

*Plaintiff*

07-0004008

vs.                                              Civil Action No. _____

D.C. Department of Corrections
1923 Vermont Ave, NW   *Defendant*
   WDC 20004
Serve: Robert Spagnoletti
   441 Fourth St. NW
   WDC 20001

**SUMMONS**

To the above named Defendant:

　　　　You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer.  A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you.  The attorney's name and address appear below.    If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

　　　　You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays.  You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff.  If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Donna Beasley
Name of Plaintiff's Attorney

419 7th St. NW #401               By _____
Address                                              Deputy Clerk
   WDC 20004

202-393-7347                       Date  6/13/07
Telephone

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

**BARTOLOME HERNANDEZ**
1444 W Street, NW
Washington, DC                              :

      **Plaintiff,**                      :

                      :

**v.**                                       :

**DISTRICT OF COLUMBIA**                     :
**A Municipal Corporation**
1350 Pennsylvania Avenue, NW                 :
Washington, DC  20004                        :

      **and**                            :

**DISTRICT OF COLUMBIA DEPARTMENT**          :
**OF CORRECTIONS**                           :
1923 Vermont Avenue, NW                      :
Washington, DC  20004
Serve:                                       :
     **Robert Spagnoletti, Esq.**           :
     **District of Columbia Attorney General**   :
     **441 Fourth Street, NW**
     **Washington, DC  20001**              :

      **and**                            :

     **Mayor Adrian Fenty**                 :
     **Mayor of the District of Columbia**  :
     **Office of the Secretary**
     **1350 Pennsylvania Avenue, NW**       :
     **2nd Floor**                          :
     **Washington, DC  20004**

      **Defendants.**                    :



## <u>COMPLAINT</u>

    Plaintiff, Bartolome Hernandez, by and through counsel, Donna Beasley, files this

Complaint against the above captioned Defendants for monetary damages based on false

imprisonment, negligence, gross negligence, negligent infliction of emotional distress and violation of civil rights guaranteed by the United States Constitution.

## JURISDICTION

1. The court has personal jurisdiction over the Defendants pursuant to D.C. Code Section 13-423.

2. The court has subject matter jurisdiction pursuant to D.C. Code Section 11-921.

3. This court has venue pursuant to the United States Constitution Article 3 Section 2, Clause 3.

4. Defendant District of Columbia is a person subject to liability under 42 U.S.C. Section 1984.

5. Plaintiff's rights were violated under the District of Columbia Human Rights Act, 42 U.S.C. sections 1981, 1982, 1983, 1984, and 1985.

## PARTIES

5. The Plaintiff, Bartolome Hernandez, is a natural person residing in the District of Columbia and the allegations complained of herein all occurred within the District of Columbia.

6. The Defendant District of Columbia is a person subject to liability under 42 U.S.C. Section 1984.

7. The Plaintiff has complied with the provisions of Title 12, Section 309 of the District of Columbia Code and its requirement to provide notice to the District of Columbia prior to filing a claim.

8. The Defendant Department of Corrections is an agency of the Defendant District of Columbia

**STATEMENT OF FACTS**

9.    On March 22, 2006, Plaintiff was sentenced to a term of 180 days incarceration with credit for time served and remanded to the custody of Defendant District of Columbia Department of Corrections (DCDC).

10.    On June 6, 2006, Plaintiff's 180 day sentence was completed and he was due to be released by Defendant DCDC.

11.    Defendant DCDC did not release Plaintiff.

12.    Defendant DCDC had no legal basis to continue to hold Plaintiff in custody.

13.    On June 12, 2006, Judge Thomas Motley signed an order requiring that Defendant DCDC immediately release Plaintiff.

14.    On June 14, 2006, Defendant DCDC released Plaintiff pursuant to the court order.

15.    During the time in which Plaintiff was wrongfully detained, he suffered extreme emotional distress.

16.    Plaintiff did not speak English and was unable to explain to prison personnel that he was being wrongfully detained and was worried if he would ever be released from jail.

**COUNT 1**
(Civil Rights Violation)
(VIOLATION OF 42 U.S.C. §1981, 1982, 1983, 1984, 1985)

17.    Plaintiff adopts and incorporates paragraphs 1 through 16 as if fully set forth herein.

18.    Plaintiff was incarcerated from June 6, 2006 through June 14, 2006 without due process of law.

19.    The above-described actions subjected plaintiff to a deprivation of rights and privileges secured to plaintiff by the Constitution and laws of the United States,

including but not limited to the Fourth, Fifth and Fourteenth Amendment to the Constitution of the United States.

20.    The Defendant DCDC engaged in the aforestated actions and omissions.

21.    As a direct and proximate result of the above-mentioned unconstitutional acts of Defendants District of Columbia, and its agent Defendant DCDC, Plaintiff sustained severe mental anguish, emotional distress, embarrassment, and lost wages.

22.    The actions and omissions described above were engaged in by the Defendant DCDC under the color of state law and acting as agents of the District of Columbia.

23.    The Defendant District of Columbia, a municipal corporation, is hereby being sued as persons responsible for training, supervision, education and policy of its agents, and as a result of inadequate policy, supervision and training deprived the Plaintiff the rights secured by the Fifth and Fourteenth Amendment rights to due process of law, including the right to be free from deprivation of liberty without due process of law.

    a.    Compensatory damages in the amount of $1,000,000.00 against each defendant;

    b.    Attorney's fees pursuant to 42 U.S.C. 1988; and

    c.    Such other and further relief as this court may deem appropriate.

## COUNT TWO

### False Imprisonment

24.    The Plaintiffs incorporates the allegations in all the preceding paragraphs as if fully set forth herein.

25.    The Defendant DCDC illegally detained and denied Plaintiff's liberty by failing to release him at the completion of his sentence.

26.    The acts stated above resulted in the false imprisonment of the Plaintiff.

WHEREFORE, Plaintiff demands judgment against the Defendants District of Columbia and Defendant DCDC, jointly and severally:

a.    Compensatory damages in the amount of $1,000,000.00 against each defendant;

b.    Such other and further relief as this court may deem appropriate

## COUNT THREE
## GROSS NEGLIGENCE

27.    Plaintiff incorporates the allegations in all the preceding paragraphs as if fully set forth herein.

28.    The Defendant DCDC had a duty to release abide by the law and release the Plaintiff at the completion of his sentence.

29.    The Defendant DCDC breached that duty by continuing to unlawfully detain the Plaintiff after he completed his sentence.

30.    As a direct and proximate result of the actions, omissions, and misconduct described above Plaintiff suffered extreme emotional distress, severe mental anguish, embarrassment, and lost wages.

WHEREFORE, Plaintiff demands judgment against the Defendants District of Columbia and Defendant DCDC, jointly and severally:

a.    Compensatory damages in the amount of $1,000,000.00 against each defendant;

b.    Such other and further relief as this court may deem appropriate

## COUNT FOUR
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

31.    Plaintiff incorporates the allegations in all the preceding paragraphs as if fully set forth herein.

32.     The Defendant DCDC had a duty to release abide by the law and release the Plaintiff at the completion of his sentence.

33.     The Defendant DCDC breached that duty by continuing to unlawfully detain the Plaintiff after he completed his sentence.

34.     As a direct and proximate result of the actions, omissions, and misconduct described above Plaintiff suffered extreme emotional distress, severe mental anguish, embarrassment, and lost wages.

WHEREFORE, Plaintiff demands judgment against the Defendants jointly and severally:

a.      Compensatory damages in the amount of $1,000,000.00 against each defendant;

b.      Such other and further relief as this court may deem appropriate.

## COUNT FIVE
### (Negligent Hiring and Supervision)

35.     Plaintiff adopts and incorporates all the allegations set forth in the preceding paragraphs as if fully set forth herein.

36.     The Defendants have a duty to properly hire, train and supervise its personnel at the District of Columbia Detention Center.

37.     The Defendants breached that duty by failing to properly hire, train and supervise its personnel at the District of Columbia Detention Center.

38.     Plaintiff was unlawfully detained as a direct and proximate result of the Defendants' failure to properly hire, train and supervise its personnel at the District of Columbia Detention Center.

WHEREFORE, Plaintiff demands judgment against the Defendants jointly and severally:

a       Compensatory damages in the amount of $1,000,000.00 against each
defendant;

b.      Attorney's fees pursuant to 42 U.S.C. 1988; and

c.      Such other and further relief as this court may deem appropriate.

### JURY DEMAND

The plaintiffs through counsel respectfully request a jury trial on all issues and
claims.

Respectfully submitted,

*Donna Beasley*

Donna Beasley, #434441
419 Seventh Street, NW Suite 401
Washington, DC  20004
(202) 393-7347





Offender Management System for Windows version 7.1. You are logged on to DC BARNS UTIES at BURR2R.

File   Maintenance   Batch Processing   Accoun   Inmate   Inventory   Xmodules   Medical   Offic   Reports   Individual Reports   ZHelp

**Alerts:** /PROTECTIVE CUSTODY                                    SCROLL FOR MORE >>>

**Name** HERNANDEZ, BARTOLOME          **Section**           **Block**

                                        **Cell**        **Bed**        **Location** 12
                          **Admt**
**Birth**   **Sex Race Release**   **Type SS#**   **Booking#**   **DCDC# Booked Date Classification**
08/24/1951  M  H  06/14/2006  04  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  2006-04004  302713 03/22/2006  **Sentenced Medium**

**Sentence Calculation and/or Summary Information**

Filled Sentence Date 03/22/2006    Include Effective Date
Earliest Effective Date 03/22/2006    Yes

|  | **Years** | **Months** | **Days** | **Release Date** |
|---|---|---|---|---|
| **Minimum** | 0 | 0 | 360 | 00/00/0000 |
| **Maximum** | 0 | 0 | 360 | 00/00/0000 |

Projected Release Date 00/00/0000
Projected Parole Date 00/00/0000

**Weekend/Intermittent Sentence Information**

Weekend Inmate?

**Notes**
JAIL CREDIT: 10/12/04 to 10/12/04 = 1 day

**Sentence Indicators**
Sentence Status PRETRIAL FELON          H
Type of Sentence CONSECUTIVE SENTENCE
Method of Admit SENTENCED FELON

**Credit Time Information**
| Eligible? | Class |  | **Days** |
|---|---|---|---|
|  | 0 | **Good Conduct** | 0 |
|  |  | **Employment** | 0 |
|  |  | **Treatment** | 0 |
|  |  | **Education** | 0 |
|  |  | **Other** | 0 |
|  |  | **Total** | 0 |

**Other Sentence Adjustments**
Time Served Credit     1
Work Credit     0
Inoperative Time     0

**Detainer Status**
No Open Detainers on File.

Print Screen...   ht   Search   Nextq   Calc # Temp Days   Sentence Detail   Calc Sentence   Adjust Credit Time   Abort

QTY Rest
Release
$Rstrction
Schedule
**Sentenc**
Separates
Social
Status
Transacti
Treatmen
HXTrels
Victims
Visitation
Visitors
Work Vltn
WR Job C
WR Job C
WR Job H
WR A/De
WR Trns
Alerts
Suicide





*Inmate Record*

---

# 302713 - HERNANDEZ, BARTOLOME

| | | |
|---|---|---|
| **Institution:** | 12 - CENTRAL DETENTION FACILITY (CDF) |  |
| **Current Location:** | RELEASED | |
| **Record Status:** | INACTIVE | |
| **Booking Number:** | 2006-04004 | |
| **PDID Number:** | 567551 | |
| **Social Security #:** | 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 | |
| **US Marshal #:** | N/A | |
| **# Total Bookings:** | 1 Booking History | |
| **Commitment Date:** | 03/22/2006 | |
| **Release Date:** | 06/14/2006 | |
| **Release Type:** | COURT ORDERED RELEASE - CDF | |
| **In Custody Of:** | SELF | |
| **Parole Elig. Date:** | N/A | |
| **Short Term Date:** | N/A | |
| **Full Term Date:** | N/A | |

---

## Personal Data

| | | | | |
|---|---|---|---|---|
| **Sex:** | MALE | **Race:** | HISPANIC | |
| **Birth Date:** | 08/24/1951 | **Ethnicity:** | HISPANIC | |
| **Birth Place:** | EL | **Education:** | 9 | |
| | | **Occupation:** | N/A | |
| **Hair:** | BLACK | | | |
| **Eyes:** | BROWN | **Address:** | 286343 | |
| **Weight:** | 178 | | APT. 207 | |
| **Height:** | 5' 7" | | WASH, DC 20009 | |

| **Aliases:** | (No Alias SSN's) | (No Alias Names) |
|---|---|---|

---

## Charges

**Charge: U18:13-6300. - SEX OFFENSES**

| | | | |
|---|---|---|---|
| **Case#:** | 2004 CMD 006349 | **Min Sentence:** | 0 yrs 0 mths 180 days |
| **Court:** | SUPERIOR COURT | **Max Sentence:** | 0 yrs 0 mths 180 days |
| **Offense Date:** | 01/01/2004 | **Date Sentenced:** | 03/22/2006 |
| **Date Charged:** | 03/22/2006 | **VVCC:** | $ N/A |
| **Count:** | 6 | **Bond Amount:** | $ N/A |
| **Disposition:** | G - COURT ORDERED DISMISSAL/RELEASE | **Bond Type:** | N/A |

**Charge: U18:13-6300. - SEX OFFENSES**

| | | | |
|---|---|---|---|
| **Case#:** | 2004 CMD 006349 | **Min Sentence:** | 0 yrs 0 mths 180 days |
| **Court:** | SUPERIOR COURT | **Max Sentence:** | 0 yrs 0 mths 180 days |
| **Offense Date:** | 01/01/2004 | **Date Sentenced:** | 03/22/2006 |
| **Date Charged:** | 03/22/2006 | **VVCC:** | $ N/A |
| **Count:** | 7 | **Bond Amount:** | $ N/A |
| **Disposition:** | G - COURT ORDERED DISMISSAL/RELEASE | **Bond Type:** | N/A |

---

# Detainers

(No Detainer History)

---

## Transfer History

| | Date/Time | Institution |
|---|---|---|
| **From:** | 3/22/2006 8:42:08 PM | INITIAL |
| **To:** | 3/22/2006 8:42:08 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| | | |
| **From:** | 6/14/2006 9:52:43 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| **To:** | 6/14/2006 9:52:43 PM | RELEASE |

---

## Booking History

| Booking# | Committment Date | Release Date | |
|---|---|---|---|
| 2006-04004 | 03/22/2006 | 06/14/2006 | <<<---Displayed Above |
| **2004-13885** | 10/12/2004 | 07/26/2005 | |

---

*The Washington, DC Department of Corrections updates this information regularly. Therefore, information on this site may not reflect the current location, status, release date or other information regarding an inmate.*

*For additional information, please contact the DC Department of Corrections*

1

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

Bartolome Hernandez

*Plaintiff*

vs.

Civil Action No. 0?-0004008

District of Columbia
Serve: Mayor Fenty                    *Defendant*
1350 Pennsylvania Ave. NW
2nd Floor
WDC  20001

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Donna Beasley
_____
Name of Plaintiff's Attorney

419  7th St. NW #401
_____
Address  WDC  20004

    202-393-7347
_____
Telephone

By _____
                          Deputy Clerk

Date  6/13/07

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03

07-1511
RCL

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Bartolome Hernandez
1444 W Street, NW
Washington DC

**DEFENDANTS**

District of Columbia,1350 Pennsylvania Avenue NW,Washington DC
and
D.C. Department of Corrections, 1923 Vermont Ave, NW, Washington DC

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Wasington DC
**(EXCEPT IN U.S. PLAINTIFF CASES)**    1100 1

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Washington D.C.
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Donna Beasley
419 Seventh Street, NW, Suite 401
Washington, D.C. 20004

Case: 1:07-cv-01511
Assigned To : Lamberth, Royce
Assign. Date : 8/24/2007
Description: Civil Rights - Non. Employ.

JURY ACTION

**II. BASIS OF JURISDICTION**
**(PLACE AN x IN ONE BOX ONLY)**

○ 1 U.S. Government
   Plaintiff

● 3 Federal Question
   (U.S. Government Not a Party)

○ 2 U.S. Government
   Defendant

○ 4 Diversity
   (Indicate Citizenship of
   Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/**
   **Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency**
   **Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
        Administrative Agency is Involved)

○ **D. Temporary Restraining**
   **Order/Preliminary**
   **Injunction**

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

■ **E. General Civil (Other)**    **OR**    ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or
        defendant
☐ 871 IRS-Third Party 26
        USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
        of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
        Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
        Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
        Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
        Exchange
☐ 875 Customer Challenge 12 USC
        3410
☐ 900 Appeal of fee determination
        under equal access to Justice
☐ 950 Constitutionality of State
        Statutes
☐ 890 Other Statutory Actions (if
        not administrative agency
        review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ● L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

## V. ORIGIN

○ 1 Original Proceeding   ● 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 U.S.C Sections 1981, 1982, 1983, 1984, 1985 Alleged deprivation of liberty interest

| VII. REQUESTED IN COMPLAINT | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ [ _____ ]<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☒   NO ☐ |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instruction) | YES ☒   NO ☐ | If yes, please complete related case form. |
|---|---|---|---|

DATE  August 24, 2007    SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.