UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BARTOLOME HERNANDEZ | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action No. 07-01511 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DISTRICT DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1), Fed.R.Civ.Pro., Defendants, the District of Columbia (the District) and the D.C. Department of Corrections (DOC), by and through undersigned counsel, hereby respectfully request an enlargement of time – to June 8, 2007 – to respond to the complaint herein.

The complaint in this case was served on the District of Columbia on August 10, 2007 in the Superior Court of the District of Columbia, 2007 CA 004008 B.  On August 24, 2007, the District removed this action to the U.S. District Court for the District of Columbia in the above-captioned matter.  The response to the complaint now filed in federal court is due on or before September 13, 2007.

This request for an enlargement of time is not interposed for delay.  The enlargement will not prejudice the plaintiff.  Defense counsel requires additional time to secure the institutional jail file, investigate the claims, and assert a defense by answer or motion to dismiss.  Counsel requests an enlargement to answer or otherwise plead to on or before October 9, 2007.  Had the case remained in D.C. Superior Court, the District Defendants would have had until October 9, 2007 to answer or otherwise plead.

Undersigned counsel telephoned Plaintiff's counsel on Friday, August 24, 2007, regarding the removal and the request for an extension relief sought by this motion. To date, Plaintiff's counsel has not consented to the relief requested.

Accordingly, an enlargement of time to respond to the complaint – to October 9, 2007 – is respectfully requested.

                Respectfully submitted,

                LINDA SINGER
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                /s/ Ellen A. Efros
                ELLEN A. EFROS
                Chief, Equity I

                /s/ Denise J. Baker
                DENISE J. BAKER
                Assistant Attorney General
                441 Fourth Street, N.W., Suite 6S079
                Washington, D.C. 20001
                (202) 442-9887 (telephone)
                (202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARTOLOME HERNANDEZ )<br> )<br>            Plaintiffs, )<br>      v. )<br> )<br>DISTRICT OF COLUMBIA, *et al*., )<br> )<br>            Defendants. )<br> ) | Civil Action No. 07-01511 (RCL) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

3. Absence of prejudice to the plaintiff.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BARTOLOME HERNANDEZ ) | | |
| ) | | |
| Plaintiffs, ) | | |
| v. ) | Civil Action No. 07-01511 (RCL) | |
| ) | | |
| DISTRICT OF COLUMBIA, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |

**ORDER**

Upon consideration of the District Defendants' Motion for Extension of Time to Respond to Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that the District Defendants may respond to the complaint on or before October 9, 2007.

_____
UNITED STATES DISTRICT JUDGE