**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BARTOLOME HERNANDEZ ) <br> 1444 W Street, NW ) <br> Washington, DC ) <br>  ) <br> Plaintiff, ) <br> v. ) <br>  ) <br> DISTRICT OF COLUMBIA, ) <br> A Municipal Corporation ) <br> 1350 Pennsylvania Avenue, NW ) <br> Washington, DC 20004 ) <br>  ) <br> And ) <br>  ) <br> DISTRICT OF COLUMBIA ) <br> DEPARTMENT OF CORRECTIONS ) <br> 1923 Vermont Avenue, NW ) <br> Washington, DC 20004 ) <br>  ) <br> Defendants. ) | Civil Action No. 07-1511 (RCL) |

**DISTRICT OF COLUMBIA'S MOTION TO DISMISS DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS**

Defendant, the District of Columbia (hereinafter "the District), by and through counsel, move this Court to Dismiss Plaintiff's complaint for the following reasons:

1. The Legal Doctrine of *Non Sui Juris* Prohibit Suit against the District of

    Columbia's Department of Corrections.

These grounds and reasons are set forth more fully in the accompanying Memorandum of Points and Authorities. A proposed Order is attached.

Pursuant to Local Rule 12-I, on September 14, 2007, undersigned counsel contacted Plaintiff's counsel, Donna Beasley, Esquire, via email seeking consent for this Motion; however, no consent was given.

1

WHEREFORE, the Defendant respectfully request that this Court dismiss the D.C. Department of Corrections from this complaint.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division


        /s/ Ellen A. Efros
        ELLEN A. EFROS [250746]
        Chief, Equity I

        /s/ Denise J. Baker
        DENISE J. BAKER 493414
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S079
        Washington, D.C. 20001
        (202) 442-9887 (telephone)
        (202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARTOLOME HERNANDEZ ) <br> 1444 W Street, NW ) <br> Washington, DC ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, ) <br> A Municipal Corporation ) <br> 1350 Pennsylvania Avenue, NW ) <br> Washington, DC 20004 ) <br> ) <br> And ) <br> ) <br> DISTRICT OF COLUMBIA ) <br> DEPARTMENT OF CORRECTIONS ) <br> 1923 Vermont Avenue, NW ) <br> Washington, DC 20004 ) <br> ) <br> Defendants. ) | Civil Action No. 07-1511 (RCL) |

**DISTRICT OF COLUMBIA'S MEMORANDUM OF LAW AND POINTS OF AUTHORITY IN SUPPORT OF MOTION TO DISMISS DISTRICT OF COLUMBIA'S DEPARTMENT OF CORRECTIONS**

COMES NOW the Defendants, the District of Columbia (hereinafter the "District"), and the District of Columbia Department of Corrections (hereinafter "DOC"), (hereinafter collectively "the Defendants"), by the undersigned Counsel, and move this honorable Court to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. Pro. *12(b)(6)*.

I.  STATEMENT OF THE CASE

Plaintiff brings this civil action for damages against the District Defendants for alleged wrongful detention in the DOC correctional facility. The complaint admits that "[t]he Defendant Department of Corrections is an agency of the District of Columbia." (Complaint ¶ 8).

This complaint against DOC should be dismissed with prejudice, as a matter of law.

II.  STANDARD OF REVIEW

A motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) should be granted when it appears that, under any reasonable reading of the complaint, the plaintiffs will be unable to prove any set of facts that would justify relief. *See Bell Atlantic Corp. v. Twombly,* 127 S. Ct. 1955, 1969 (2007) (A complaint must allege facts that are consistent with the allegations in the complaint). The moving party is entitled to judgment if there are no allegations in the complaint that could provide a basis for recovery. *Id.*; *See, Haynesworth v. Miller*, 820 F.2d 1245, 1254 (1987).

Although the non-moving party enjoys the benefit of all inferences that reasonably can be drawn from the allegations alleged in the complaint, bare conclusions of law—or sweeping and unwarranted averments of fact—will not be deemed admitted for purposes of a motion under Rule 12(b)(6). *Bell Atlantic Corp. v. Twombly,* 127 S. Ct. 1955, 1969 (2007). The court need not accept inferences drawn by plaintiff if such inferences are unsupported by the facts set out in the complaint, "[n]or must the court accept legal conclusions cast in the form of factual allegations." *Kowal v. MCI Communications* Corp., 16 F.3d 1271, 276 (1994).

III.  LEGAL ARGUMENT

A.  The Legal Doctrine of Non Sui Juris Prohibit Suit against DOC

It is well established under District law that an agency of the District of Columbia is not subject to suit: "Agencies and departments within the District of Columbia government cannot be sued as separate entities." *Parker v. District of Columbia, 216 F.R.D. 128, 130 (D.D.C. 2002)*

(dismissing claims against the District of Columbia Commission on Mental Health Services); *Gales v. District of Columbia, 47 F. Supp. 2d 43, 48 (D.D.C. 1999)* ("Ms. Gales' claim against the MPD, a municipal department of the District, was dismissed because agencies and departments within the District of Columbia government are not sueable as separate entities."); *Fields v. District of Columbia Department of Corrections, 789 F. Supp. 20, 22 (D.D.C. 1992)* ("agencies and departments within the District of Columbia are not sueable as separate entities [citations omitted]…the Department … is *non sui juris,* and the Court therefore lacks jurisdiction…")

As a matter of law the complaint against the District of Columbia's Department of Corrections should be dismissed under the doctrine of *non sui juris.*

### IV. CONCLUSION

For all the reasons set forth above, Plaintiff's complaint should be dismissed with prejudice against the D.C. Department of Corrections.

>Respectfully submitted,
>
>LINDA SINGER
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>/s/ Ellen A. Efros
>ELLEN A. EFROS
>Chief, Equity I
>
>/s/ Denise J. Baker
>DENISE J. BAKER
>Assistant Attorney General
>441 Fourth Street, N.W., Suite 6S079
>Washington, D.C. 20001
>(202) 442-9887 (telephone)
>(202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARTOLOME HERNANDEZ <br> 1444 W Street, NW <br> Washington, DC <br><br>           Plaintiff, <br> v. <br><br> DISTRICT OF COLUMBIA, <br> A Municipal Corporation <br> 1350 Pennsylvania Avenue, NW <br> Washington, DC 20004 <br><br>           And <br><br> DISTRICT OF COLUMBIA <br> DEPARTMENT OF CORRECTIONS <br> 1923 Vermont Avenue, NW <br> Washington, DC 20004 <br><br>           Defendants. | Civil Action No. 07-1511 (RCL) |

**ORDER**

Upon consideration of the Defendant, District of Columbia Department of Corrections, Motion to Dismiss Plaintiff's Complaint, the memorandum of points and authorities filed in support thereof, any opposition thereto, and the entire record herein, it is by the Court this ____ day of _____, 2007:

ORDERED, that the Defendant's motion shall be and the same is hereby granted; and it is further

ORDERED, that judgment against Plaintiff and in favor of the Defendant, District of Columbia Department of Corrections, is granted as a matter of law.

_____
UNITED STATES DISTRICT JUDGE