UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BARTOLOME HERNANDEZ | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 07-01511 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the District Defendants' Motion for Extension of Time to Respond to Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is hereby

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that the District Defendants may respond to the complaint on or before October 9, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 25, 2007.