**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARTOLOME HERNANDEZ<br>1444 W Street, NW<br>Washington, DC<br><br>    Plaintiff,<br> v.<br><br>DISTRICT OF COLUMBIA,<br>A Municipal Corporation<br>1350 Pennsylvania Avenue, NW<br>Washington, DC 20004,<br><br>  And<br><br>DISTRICT OF COLUMBIA<br>DEPARTMENT OF CORRECTIONS<br>1923 Vermont Avenue, NW<br>Washington, DC 20004,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1511 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the defendant, District of Columbia Department of Corrections, unopposed Motion to Dismiss Plaintiff's Complaint, the memorandum of points and authorities filed in support thereof, and the entire record herein, it is hereby

ORDERED, that the said motion shall be and the same is hereby granted; and it is further

ORDERED, that the complaint as to defendant, District of Columbia Department of Corrections, is dismissed. The complaint remains pending as to defendant District of Columbia.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 11, 2007.