UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARTOLOME HERNANDEZ<br>1444 W Street, NW<br>Washington, DC<br><br>          Plaintiff,<br>  v.<br><br>DISTRICT OF COLUMBIA,<br>A Municipal Corporation<br>1350 Pennsylvania Avenue, NW<br>Washington, DC 20004 | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1511 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

UPON CONSIDERATION of the Defendant District of Columbia's LCvR 16.3 Report and the entire record herein, it is hereby ordered that:

1. The parties need not exchange the initial disclosures required by Fed. R. Civ. 26(a)(1).

2. Fact discovery, including answers to interrogatories, document production, admissions, and depositions to be completed within 180 days after the Scheduling Conference.

3. The number of interrogatories is to be limited to 25 per side.

4. The number of depositions is to be limited to 5 per side.

5. The duration of each deposition is to be limited pursuant to LCvR 26.2(c).

6. Plaintiff's expert report(s) and information shall be served no later than 30 days after the close of fact discovery.

7. Defendant's expert report(s) and information shall be served no later than 60 days after the close of fact discovery.

8. All discovery on the parties' experts shall close 90 days after the close of fact discovery

2

      9.     All dispositive motion shall be filed no later than 30 days after the close of expert discovery.

      10.    Memoranda of points and authorities in opposition to any dispositive motions shall be filed no later than 18 days after filing of the dispositive motion.

      11.    Reply memoranda shall be filed no later than 11 days after filing of the opposition(s).

      12.    A status conference shall be set after the Court rules upon any dispositive motion. Dates for pretrial and trial will be set at that time.

SO ORDERED.


Signed by Royce C. Lamberth, United States Distric Judge, on October 23, 2007.