## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BARTOLOME HERNANDEZ** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action Number 07-1511 (RCL)** |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

FILED

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ERRATA

It is hereby ORDERED that the following change be made to the Scheduling Order issued by this Court on October 23, 2007:

Line 2:     substitute "this scheduling order" for the words "the Scheduling Conference"

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 24, 2007.