**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **BARTOLOME HERNANDEZ** | * | |
| | * | |
| **Plaintiff,** | * | 1:07CV1511 (RCL) |
| | * | |
| v. | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al.** | * | |
| | * | |
| **Defendants.** | * | |

**CONSENT MOTION TO DISMISS**

Bartolome Hernandez, through undersigned counsel, no longer intends to prosecute the above captioned matter and therefore requests that it be dismissed. Counsel for the Defendants consents to this Motion.

Wherefore, it is respectfully requested that this Motion be granted, and that the above captioned matter be dismissed.

Respectfully submitted,

_____
Donna Beasley, #434441
419 Seventh Street, NW
Suite 401
Washington, DC  20004
(202) 393-7347
ATTYBEAS@AOL.COM

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **BARTOLOME HERNANDEZ** | * | |
| | * | |
| Plaintiff, | * | 1:07CV1511 (RCL) |
| | * | |
| v. | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al.** | * | |
| | * | |
| Defendants. | * | |

## POINTS AND AUTHORITIES

1. Rules 7(b) of the Federal Rules of Civil Procedure.

2. LCvR 5.1, 7.

**3.** The inherent powers of this Court.

**4.** The record herein.

Respectfully submitted,

_____
Donna Beasley, #434441
419 Seventh Street, NW
Suite 401
Washington, DC  20004
(202) 393-7347
ATTYBEAS@AOL.COM

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **BARTOLOME HERNANDEZ** | * | |
| | * | |
| **Plaintiff,** | * | **1:07CV1511 (RCL)** |
| | * | |
| **v.** | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al.** | * | |
| | * | |
| **Defendants.** | * | |

## **ORDER**

Upon consideration of the foregoing Plaintiff Counsel's Motion, it is this ___ day of March, 2008

**ORDERED:**  That the above captioned matter is **DISMISSED**

_____
U.S. DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **BARTOLOME HERNANDEZ** | * | |
| | * | |
| **Plaintiff,** | * | **1:07CV1511 (RCL)** |
| | * | |
| **v.** | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al.** | * | |
| | * | |
| **Defendants.** | * | |

**CONSENT MOTION TO DISMISS**

Bartolome Hernandez, through undersigned counsel, no longer intends to prosecute the above captioned matter and therefore requests that it be dismissed. Counsel for the Defendants consents to this Motion.

Wherefore, it is respectfully requested that this Motion be granted, and that the above captioned matter be dismissed.

Respectfully submitted,

_____
Donna Beasley, #434441
419 Seventh Street, NW
Suite 401
Washington, DC  20004
(202) 393-7347
ATTYBEAS@AOL.COM

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **BARTOLOME HERNANDEZ** | * | |
| | * | |
| **Plaintiff,** | * | 1:07CV1511 (RCL) |
| | * | |
| v. | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al.** | * | |
| | * | |
| **Defendants.** | * | |

## POINTS AND AUTHORITIES

1. Rules 7(b) of the Federal Rules of Civil Procedure.

2. LCvR 5.1, 7.

**3.** The inherent powers of this Court.

**4.** The record herein.

Respectfully submitted,

_____
Donna Beasley, #434441
419 Seventh Street, NW
Suite 401
Washington, DC 20004
(202) 393-7347
ATTYBEAS@AOL.COM

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **BARTOLOME HERNANDEZ** | * | |
| | * | |
| **Plaintiff,** | * | 1:07CV1511 (RCL) |
| | * | |
| v. | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al.** | * | |
| | * | |
| **Defendants.** | * | |

### ORDER

Upon consideration of the foregoing Plaintiff Counsel's Motion, it is this ___ day of March, 2008

**ORDERED:** That the above captioned matter is **DISMISSED**

_____
U.S. DISTRICT COURT JUDGE