UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BARTOLOME HERNANDEZ** | * | |
| | * | |
| Plaintiff, | * | **1:07CV1511 (RCL)** |
| | * | |
| v. | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al.** | * | |
| | * | |
| Defendants. | * | |

## ORDER

Upon consideration of the foregoing Plaintiff Counsel's Consent Motion, it is this 4th day of April, 2008

**ORDERED:** That the above captioned matter is **DISMISSED.**

**SO ORDERED.**

Signed by Royce C. Lamberth, United States District Judge, on April 4, 2008.